UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                              24-cr-270

JONTAY PORTER,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney David I. Berman from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney David I. Berman
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  718-254-6167
    Email: David.Berman2@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney David I. Berman at the email address set forth above.

Dated: Brooklyn, New York
July 3, 2024

                Respectfully submitted,

                BREON PEACE
                United States Attorney

By:   /s/ David I. Berman
       David I. Berman
       Assistant U.S. Attorney

cc: Clerk of the Court