UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

USA

                 Plaintiff(s),

v.

JONTAY PORTER     Defendant(s)

---

1:24-CR-00270-LDH-JRC

**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE***

I, __Jeffrey B. Jensen__, being duly sworn, hereby depose and say as follows:

1. I am a(n) __Partner__ with the law firm of __Husch Blackwell, LLP__.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __Missouri and District of Columbia__.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I __Have not__ been convicted of a felony. If you have, please describe facts and circumstances.
6. I __Have not__ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: Mo Bar No 46745; DC Bar No. 1765723.
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case __1:24-CR-00270-LDH-JRC__ for Defendant Jontay Porter.

Date: 7/8/2024
Saint Louis, Missouri

Signature of Movant
Firm Name Husch Blackwell, LLP
Address 8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105

Email jeff.jensen@huschblackwell.com
Phone 314-345-6464

NOTARIZED *Janice A. Green July 8, 2024*

JANICE A. GREEN
Notary Public - Notary Seal
STATE OF MISSOURI
Jefferson County
My Commission Expires: July 11, 2025
Commission # 17329068