F. #2024R00288

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                      24-CR-270 (LDH)

JONTAY PORTER,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Kaitlin T. Farrell from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Kaitlin T. Farrell
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (718) 254-6072
    Email: Kaitlin.Farrell@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Kaitlin T. Farrell at the email address set forth above.

Dated: Brooklyn, New York
July 10, 2024

                                                  Respectfully submitted,

                                                  BREON PEACE
                                                  United States Attorney

                                  By:    /s/ Kaitlin T. Farrell
                                                  Kaitlin T. Farrell
                                                  Assistant U.S. Attorney

cc:      Clerk of the Court (LDH)