

|  |  |
|---|---|
|  | **U.S. Department of Justice** |
|  |  |
|  | *United States Attorney* |
|  | *Eastern District of New York* |
| BW | *271 Cadman Plaza East* |
| F. #2024R00288 | *Brooklyn, New York 11201* |

July 31, 2024

<u>By ECF and Email</u>

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Jontay Porter
                <u>Criminal Docket No. 24-270 (LDH)</u>

Dear Judge DeArcy Hall:

        On July 10, 2024, the defendant Jontay Porter pleaded guilty before the Honorable James R. Cho, United States Magistrate Judge, to the sole count of the Information in the above-captioned matter. This Court has scheduled the defendant's sentencing for December 18, 2024, at 11:00 a.m. By this letter, the government respectfully requests that the Court accept the defendant's guilty plea.

        The government encloses as Exhibits A and B, respectively: (1) a transcript of the July 10, 2024, plea hearing, during which Judge Cho recommended that this Court accept the defendant's guilty plea (<u>see</u> Ex. A at 36:22-24); and (2) a proposed Order.

                              Very truly yours,

                              BREON PEACE
                              United States Attorney

                By:   *Benjamin Weintraub*
                          Benjamin Weintraub
                          Assistant U.S. Attorney
                          (718) 254-6519

cc:    Clerk of the Court (LDH)
        Jeffrey Jensen, Esq. (counsel for defendant)