# Exhibit B

BW
F. # 2024R00288

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JONTAY PORTER,

              Defendant.

- - - - - - - - - - - - - - - - -X

ORDER ACCEPTING
GUILTY PLEA

No. 24-CR-270 (LDH)

        Upon a review of the transcript of the guilty plea of the defendant JONTAY PORTER, offered on July 10, 2024, before the Honorable James R. Cho, United States Magistrate Judge, in the above-captioned matter, this Court finds that the defendant pleaded guilty knowingly and voluntarily, and that a factual basis supports the defendant's plea.

        IT IS HEREBY ORDERED that the guilty plea of the defendant, offered on July 10, 2024, before Judge Cho is accepted.

Dated: Brooklyn, New York
        _____, 2024

                                        THE HONORABLE LASHANN DEARCY HALL
                                        UNITED STATES DISTRICT JUDGE
                                        EASTERN DISTRICT OF NEW YORK